UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| Plaintiff, | : |
| v. | : |
| | : Case No. 1:18-cv-17087-NLH-KMW |
| RHR WILDWOOD 423, LLC, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

**COMES NOW** the Plaintiff, with consent of the Defendant, to inform the Court that the parties have agreed, in principle, to settle the above-captioned matter. The parties are in the process of finalizing a settlement agreement and expect to file stipulated dismissal within the next sixty days.

Date: July 20, 2020

Respectfully submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
160 Cumberland Avenue
PO Box 279
Estell Manor, NJ 08319
Tel: (609) 319-5399
Fax: (314) 898-4053
js@shadingerlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of July, 2020, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr.
